UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEN MAXWELL PROPERTIES, LLC | CIVIL ACTION NO.: 22-3610 |
| VERSUS | JUDGE: LANCE M. AFRICK |
| SCOTTSDALE INSURANCE COMPANY | MAGISTRATE JUDGE: JANIS VAN MEERVELD |

## JOINT STATUS CONFERENCE REPORT

In accordance with the Court's Scheduling Order, Ben Maxwell Properties, LLC ("Plaintiff") and Scottsdale Insurance Company ("Scottsdale") submit this Joint Status Conference Report as follows:

*(1) A listing of all the parties and counsel who represent the parties;*

| | |
|---|---|
| John W. Norwood, IV (#29368)<br>Dominick F. Impastato, III (#29056)<br>Frischhertz & Impastato, LLC<br>1140 St. Charles Avenue<br>New Orleans, Louisiana 70130<br>Telephone - (504) 523-1500<br>Facsimile - (504) 581-1670<br>johnny@fi-lawfirm.com<br>**Counsel for Ben Maxwell Properties, LLC** | Mark E. Hanna (#19336)<br>Kathryn L. Briuglio (#40291)<br>Mouledoux, Bland, Legrand & Brackett, LLC<br>701 Poydras Street, Suite 600<br>New Orleans, Louisiana 70139<br>Telephone - (504) 595-3000<br>Facsimile: (504) 522-2121<br>mhanna@mblb.com<br>kbriuglio@mblb.com<br>**Counsel for Scottsdale Insurance Company** |

*(2) A listing of any motions pending for decision in the case, the date any motion was submitted for decision or is set for hearing, an indication whether oral argument was previously or shall be requested on the motion, and an indication whether an evidentiary hearing shall be needed on the motion, such as in class certification proceedings;*

Currently, there are no motions which remain pending for decision, are set for hearing, await oral arguments, or are otherwise awaiting a final determination.

*(3) The dates and times of any status conference, pretrial conference and trial set in the case, along with an indication whether the case is jury or non-jury and the number of expected trial days;*

A status conference is set in this matter for October 11, 2023, at 9:00 a.m. A Final Pretrial Conference is set in this matter for January 24, 2024, at 10:30 a.m. A jury trial is set to begin on February 26, 2024, at 8:30 a.m., with an expected duration of three (3) days.

*(4) A **BRIEF** description of the factual and legal issues underlying the dispute;*

    I.    *Plaintiff: Ben Maxwell Properties, LLC – Insert:*

Plaintiff claims Scottsdale breached the policy and is liable to Plaintiff for both remaining contractual damages, as well as statutory bad faith penalties and attorney's fees. Plaintiff retained the Noble Adjusting Group to do an estimate to the damage of the property, and that estimate totaled $267,072.97. The subject property is a multi-family property with 9 total units. As far as Plaintiffs can determine, the damage estimate prepared by the adjuster for Scottsdale only inspected one of those units.

Plaintiff has already replaced the roof of the property at a cost of roughly $42,500.00, plus remediation of $9,280.00. The Noble Adjusting estimate for the roof was $39,000.00, so the actual cost was higher than the estimate.

Additionally, one of the units has been rendered un-inhabitable, and has been that was since Hurricane Ida. As such, Plaintiff has lost rental amount of $16,250.00 ($600/month for 25 months).

Plaintiffs estimate the contractual difference to now be in the $268,000.00 range

    II.    *Defendant: Scottsdale Insurance Company – Insert:*

Plaintiff claims that Scottsdale Insurance Company breached the Policy and is liable to Plaintiff for statutory bad faith penalties. However, Scottsdale Insurance Company's handling of Plaintiff's claim evidences a good faith effort to pay those amounts owed under the policy to Plaintiff. Scottsdale issued payment in the amount of $26,987.73 to Plaintiff in accordance with the results of its investigation of Plaintiff's claim. Therefore, Scottsdale Insurance Company's investigation of Plaintiff's claim was timely pursued and completed, and Scottsdale Insurance Company did not violate any statutory duties under Louisiana law.

*(5) A listing of any discovery that remains to be done; and*

    I.    Follow up inspection of the property by Scottsdale's experts.
    II.    Depositions of the following:
        A.    A representative of Ben Maxwell Properties, LLC.
        B.    Noble Public Adjusting Group
        C.    Any expert retained by Plaintiff
        D.    Adjuster/inspector retained by Scottsdale Insurance Company

*(6) A description of the status of any settlement negotiations.*

Mediation was held on June 14, 2023, at 10:00 a.m., but unfortunately an amicable settlement of the subject claims was unable to be reached. There have been no additional negotiations thereafter.

Respectfully submitted:

| | |
|---|---|
| s/ Johnny Norwood | s/Mark E. Hanna |
| JOHN W. NORWOOD, IV (#29368) | MARK E. HANNA (#19336) |
| DOMINICK F. IMPASTATO, III (#29056) | MOULEDOUX, BLAND, LEGRAND & |
| FRISCHERTZ & IMPASTATO, LLC | BRACKETT, LLC |
| 1140 St. Charles Avenue | 701 Poydras Street, Suite 600 |
| New Orleans, LA 70130 | New Orleans, Louisiana 70139 |
| Telephone   (504) 523-1500 | Telephone:   (504) 595-3000 |
| Facsimile:   (504) 581-1670 | Facsimile:   (504) 522-2121 |
| E-mail: johnny@fi-lawfirm.com | E-mail:   mhanna@mblb.com |
| *Attorneys for Plaintiff* | *Attorney for Scottsdale Insurance Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Mark E. Hanna